LATHER, Respondent, v. BAMMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Conrad Lather against Peter F. Bamman. E. A. Jones, for appellant. O. W. Ehrhorn,

for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.